**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,
Plaintiff,

v.

FENESTRATION ARCHITECTURAL PRODUCTS, LLC
Defendant.

C.A. No. 05-62ML

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO ATTACH**

Now comes Plaintiff, by and through its attorney, Elizabeth A. Wiens, and under oath states as follows:

1. I, Elizabeth A. Wiens, am attorney for Plaintiff in the above-entitled matter.

2. Fenestration Architectural Produces, LLC is indebted to Plaintiff in the amount of $81,436.44[1] plus applicable interest, costs and attorneys' fees.

3. International Painters and Allied Trades Industry Pension Fund has a just claim against Fenestration Architectural Produces, LLC, as evidenced by Plaintiff's Order and Supplemental Judgment against Fenestration Architectural Produces, LLC, attached hereto as Exhibit 1, and named in said writ that is due, upon which it expects to recover in said action a sum sufficient to give jurisdiction to this Court.

Elizabeth A. Wiens, Esq.

[1] Said amount includes post- judgment interest, attorneys' fees and costs up to June 1, 2005.

Subscribed and sworn to before me on this 1st day of June, 2005 at North Kingstown, Rhode Island.

Kerrie L Karnishi
Notary Public
My commission expires: 7/12/05