No Response

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,
Plaintiff,

v.

FENESTRATION ARCHITECTURAL PRODUCTS, LLC
Defendant.

C.A. No. 05-62ML

## PLAINTIFF'S MOTION TO ATTACH

Now comes Plaintiff, by and through its attorney, and moves that INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND be permitted to attach the goods and chattels and real estate of FENESTRATION ARCHITECTURAL PRODUCTS, LCC of Providence, Rhode Island and/or East Providence, RI and also to attach the personal estate of FENESTRATION ARCHITECTURAL PRODUCTS, LCC in the hands or possession of BankRI of Providence, Rhode Island and/or East Providence, RI as said trustees of the said FENESTRATION ARCHITECTURAL PRODUCTS, LCC and also to attach its stock or shares in any backing association or incorporated company to the value of $81,436.44 plus applicable interest, costs, and attorneys' fees.

As reason therefore, Plaintiff's attorney offers the accompanying affidavit.

Granted. Mary M. Lisi USDJ 6/23/05

Respectfully submitted,
On behalf of Plaintiff,
By its attorney,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: June 1, 2005

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 15 day of June, 2005, to the following parties of record:

ABDEL ELSAWABI, MANAGER
Fenestration Architectural Products, LLC
807 BROAD STREET, SUITE 100
PROVIDENCE, RI 02907

Fenestration Architectural Products, LLC
5 EASTERN AVENUE
EAST PROVIDENCE, RI 02914