**The President of the United States of America**

**To the Marshal of the United States for the District of Rhode Island, or his Deputy-GREETING:**

**WE COMMAND YOU to attach the goods and chattels and real estate of** Fenestration Architectural Products, LLC

**and them in safe custody keep; and also to attach the personal estate of the said** Fenestration Architectural Products, LLC

**in the hands or possession of** Bank RI

**and also attach** any/all **stock or shares in any banking association or incorporated company to the value of** $81,436.44 plus applicable interest, attorneys' fees & costs **dollars; and to summon the said** Fenestration Architectural Products, LLC

**to answer the complaint of** International Painters and Allied Trades Industry Pension Fund

**at our District Court to be holden at Providence within and for said district in a civil action, this writ being a writ of process in addition to and in aid of a summons issued by the clerk of said District Court in a civil action commenced by a ~~complaint filed with said Court on~~** Registration of foreign judgment filed with said Court on May 9, 2005

**to the damage of the plaintiff___, as** it **say** s **,** $81,436.44 **dollars.**

**Hereof fail not, and make true return of this writ, with your doings thereon.**

**WITNESS, the Hon.** Mary M. Lisi **, Judge of said Court, at Providence, this** 23rd **day of** June **, A.D.** ~~1999~~ 2005

[signature]

**Clerk.**

**I,** Elizabeth Wiens for [illegible] **, plaintiff named in the within writ, make affidavit and say** International Painters & Allied Trades Industry Pension Fund

has **a just claim against the defendant,** Fenestration **named in said writ that is due, upon which** it **expect**s **to recover in said action, a sum sufficient to give jurisdiction to the court to which said writ is returnable.**

[signature]

**Subscribed and sworn to in** North Kingstown **this** 15 **day of** June **, A.D.** ~~1999~~ 2005

**Before me**

[signature] Kerrie L Kamoski

**Notary Public**
**Justice of the Peace**

# WRIT

International Painters and Allied Trades Industry Pension Fund

v.

Fenestration Architectural Products, LLC

C.A. No.: 05-62ML

Elizabeth Wiens, Esquire

**Plaintiff's Attorney**

Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401)294-4700
Facsimile: (401)294-4702