U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: International Painters and Allied Trades Industry Pension Fund

COURT CASE NUMBER: 05-62ML

DEFENDANT: Fenestration Architectural Products, LLC

TYPE OF PROCESS: Attachment

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Bank RI

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 195 taunton avenue East Providence, RI 02914

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Elizabeth A. Wiens, Esq.
420 Scrabbletown Rd, Ste. C
North Kingstown, RI 02852

Number of process to be served with this Form - 285: one

Number of parties to be served in this case: one

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

Please serve the legal process department during normal business hours

2005 JUN 28 A

U.S. MARSHALS DISTRICT OF R.I.

Signature of Attorney or other Originator requesting service on behalf of: E. Wiens

☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (401) 294-4700

DATE: 6/27/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | [signature] | 6/28/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: L.J. DELMONICO - OPERATIONS OFFICER

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: 625 GEORGE WASHINGTON HGWY LINCOLN, RI 02865

Date of Service: 7/7/05 Time: 8:24 am

Signature of U.S. Marshal or Deputy: C.A. Moore

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 9.72 | | 99.72 | 150.00 | | 50.28 |

2005 JUL 14 P 2:11

REMARKS:
* 625 GEORGE WASHINGTON HIGHWAY. LINCOLN R.I. WHERE TO SERVE
① 1/2 HR 6/29/05 4 MILES - NOT THE PLACE TO ACCEPT SERVICE C.MOORE 1 DEPUTY
②. 45 MINUTES 7/7/05 20 MILES SERVED 7/7/05 C.MOORE, 1 DEPUTY → L J DELMONICO
TOTAL 1 HR 15 MINUTES 24 MILES 2 ENDEAVORS 1 DEPUTY C.MOORE

FILED

[signature] 7/7/05

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)