U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: International Painters and Allied Trade, etc | COURT CASE NUMBER: CA-05-62ML |
| DEFENDANT: Fenestration Architectural Products, LLC | TYPE OF PROCESS: Civil Writ of Execution |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Fenestration Architectural Products

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
5 Eastern Avenue, East Providence, RI 02914

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
Elizabeth A. Wiens

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold Fold

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER: 401.294.4700 | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | [signature] | 7.19.05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): THOMAS MICHERONE - BOOKKEEPER

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*): 5 EASTERN AVE E. PROVIDENCE, R.I

Date of Service: 7/22/05 | Time: 1430 am (pm)

Signature of U.S. Marshal or Deputy: C.A Moore

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 20.00 $ 45.00 | $ 3.24 | | $ 68.24 | 150.00 | | $ 81.76 |

REMARKS: $20.00 ADMINISTRATIVE FEE FOR COMPLETION OF USM 285
TOTAL (1) DUSM 8 MILES round trip 15 MINUTES SERVED C. MOORE
1 endeavor
Thomas Micherone 7/22/05
* HAS NO MONEY. C. MOORE

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# WRIT OF EXECUTION

**United States District Court** — DISTRICT: Rhode Island

TO THE MARSHAL OF:

United States for the District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Fenestration Architectural Products, LLC
5 Eastern Avenue
East Providence, RI 02914

Fenestration Architectural Produc
807 Broad St., Ste. 100
Providence, RI 02907

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT — DOLLAR AMOUNT

$74,887.91 plus interest, costs, and attorneys' fees
and

in the United States District Court for the ______________ District of Rhode Island,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Fenestration Architectural Products, LLC in the case of Painters' Pension Fund v. Fenestration Architectural, C.A. No.: 05-62ML

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Court | Rhode Island |
| CITY: Providence | DATE: 9/16/05 |

Witness the Honorable ______________________
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 6/16/05 | (BY) DEPUTY CLERK: Francis P. McCabe |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 7/19/05 | 7/22/05 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| BURTON STALLWOOD | C.A Moore Jr |