**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br>Plaintiff,<br><br>v.<br><br>FENESTRATION ARCHITECTURAL PRODUCTS, LLC<br>Defendant. | C.A. No. 05-62ML |

**MOTION TO CHARGE GARNISHEE**
**BANK RHODE ISLAND**

Plaintiff International Painters and Allied Trades Industry Pension Fund hereby moves this Honorable Court to enter an Order allowing Plaintiff to charge garnishee, Bank Rhode Island. For grounds, Plaintiff avers that it has obtained a judgment against Defendant in the amount of $74,887.91 (excluding applicable interest, costs, and attorneys' fees). Bank Rhode Island is currently holding funds in the amount $1,449.35 to satisfy said judgment.

Therefore, Plaintiff requests that all funds being held by Bank Rhode Island be applied against the judgment debt.

Respectfully submitted,
On behalf of Plaintiff,
By its attorney,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: August 3, 2005

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 4th day of August, 2005, to the following parties of record:

Fenestration Architectural Products, LLC
5 EASTERN AVENUE
EAST PROVIDENCE, RI 02914

Robin Drape, Retirement Plans Coordinator
Bank Rhode Island
195 Taunton Avenue
East Providence, RI 02914

L.J. Delmonico, Operations Officer
Bank Rhode Island
625 George Washington Highway
Lincoln, RI 02865