MA 05-62 ML

The President of the United States of America

**To the Marshal of the United States for the District of Rhode Island, or his Deputy- GREETING:**

**WE COMMAND YOU** to attach the goods and chattels and real estate of Fenestration Architectural Products, LLC.

and them in safe custody keep; and also to attach the personal estate of the said Fenestration Architectural Products, LLC

in the hands or possession of Sovereign Bank and/or any other bank in Rhode Island

and also attach any/all stock or shares in any banking association or incorporated company to the value of 81,431.44 plus applicable interest, attorneys' fees & Costs dollars; and to summon the said Fenestration Architectural Products, LLC

to answer the complaint of International Painters and Allied Trades Industry Pension Fund

at our District Court to be holden at Providence within and for said district in a civil action, this writ being a writ of process in addition to and in aid of a summons issued by the clerk of said District Court in a civil action commenced by ~~a complaint filed with said Court on~~ Registration of foreign judgment filed with said Court on May 9, 2005

to the damage of the plaintiff, as it says, $81,436.44 dollars.

Hereof fail not, and make true return of this writ, with your doings thereon.

WITNESS, the Hon. Mary M. Lisi, Judge of said Court,
at Providence, this 21st day of September, A.D. ~~1999~~/2005

Paula Farrell Fletcher
Deputy Clerk.

I, Elizabeth Wiens for ____________________, plaintiff named in the within writ, make affidavit and say International Painters and Allied Trades Industry Pension Fund

has a just claim against the defendant, Fenestration named in said writ that is due, upon which it expects to recover in said action, a sum sufficient to give jurisdiction to the court to which said writ is returnable.

E Wiens

Subscribed and sworn to in North Kingstown this 20th day of September, A.D. ~~1999/~~ 2005

Before me

Kathleen Sullivan
Notary Public
Justice of the Peace

WRIT

International Painters and Allied Trades Industry Pension Fund

vs.

Fenestration Architectural Products, LLS
C.A. No.: 05-62ML

Elizabeth Wiens, Esquire

Plaintiff's Attorney

Gursky Law Associates
420 Scrabbletown Rd, Ste. C
North Kingstown, RI 02852
Telephone: (401)294-4700
Facsimile: (401)294-4702