U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| International Painters and Allied Trades Industry Pension Fund | 05-62ML |
| DEFENDANT | TYPE OF PROCESS |
| Fenestration Architectural Products, LLC | Attachment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sovereign Bank

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
One Sovereign Way, East Providence RI 02915

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Gursky Law ~~Associates~~ Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852

| | |
|---|---|
| Number of process to be served with this Form - 285 | one |
| Number of parties to be served in this case | one |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold — Fold

Please serve the legal process department during normal business hours

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| C. Wiley #6827 | ☒ PLAINTIFF ☐ DEFENDANT | (401)294-4700 | 9/29/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward Kaita | 9/30/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
PAUL MAGLIOCCHETTI - CHIEF OF SECURITY

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
1 SOVEREIGN WAY
E. PROV. R.I. 02915

| Date of Service | Time |
|---|---|
| 10/3/05 | 1133 am |

Signature of U.S. Marshal or Deputy: C. A. Moore

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 45.00 | $ 6.79 | | $ 51.79 | $ 150.00 | | $ 98.21 |

REMARKS:
(1)HR (1)END (1)DUSM 14 MILES

Paul Magliocchetti 10/3/05

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

SEP 22 2005

The President of the United States of America

To the Marshal of the United States for the District of Rhode Island, or his Deputy-
**GREETING:**

**WE COMMAND YOU** to attach the goods and chattels and real estate of Fenestration Architectural Products, LLC.

and them in safe custody keep; and also to attach the personal estate of the said Fenestration Architectural Products, LLC

in the hands or possession of Sovereign Bank and/or any other bank in Rhode Island

and also attach any/all stock or shares in any banking association or incorporated company to the value of 81,431.44 plus applicable interest, attorneys' fees & Costs dollars; and to summon the said Fenestration Architectural Products, LLC

to answer the complaint of International Painters and Allied Trades Industry Pension Fund

at our District Court to be holden at Providence within and for said district in a civil action, this writ being a writ of process in addition to and in aid of a summons issued by the clerk of said District Court in a civil action commenced by ~~a complaint filed with said Court on~~ Registration of foreign judgment filed with said Court on May 9, 2005

to the damage of the plaintiff___, as it says, $81,436.44 dollars.

Hereof fail not, and make true return of this writ, with your doings thereon.

WITNESS, the Hon. Mary M. Lisi, Judge of said Court,
at Providence, this 21st day of September, A.D. ~~1999~~/ 2005

[signature]
Deputy Clerk.