Sovereign Bank℠

UNITED STATES DISTRICT COURT
CIVIL ACTION NO 05-62ML

**International Painters and Allied Trades Industry Pension Fund.**

**vs**

**Fenestration Architectual Products llc.**

**Elizabeth Wiens Esq**
**Gursky Law Associates**
**420 Scrabbletown Rd Ste C**
**North Kingstown RI 02852**

**Garnishee's Affidavit**

I, Susan Davison, being duly sworn, on oath depose and say:

That I am a duly authorized employee of Sovereign Bank created and existing under the laws of the United States, and located and doing business in the State of Rhode Island.

That at the time of the service upon me of the Writ in the above entitled case for the purpose of attaching the assets of **Fenestration Architectural Products llc** in the hands or possession of Sovereign Bank was in the said account the sum of **($81,436.44)** standing in the name of **Fenestration Architectural Products llc** and no more either directly or indirectly as shown by the records of said Sovereign Bank at the time of the service of the above described Writ.

**Writ Served:** Susan A. Davison

Sworn and Subscribed to before me, in the City of Boston, in the County of Suffolk, this 12th Day of October, 2005.

**Return Date:**

______________________
**Notary Public**