**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,
Plaintiff,

v.

FENESTRATION ARCHITECTURAL PRODUCTS, LLC
Defendant.

C.A. No. 05-62ML

**MOTION TO CHARGE GARNISHEE SOVEREIGN BANK**

Plaintiff International Painters and Allied Trades Industry Pension Fund hereby moves this Honorable Court to enter an Order allowing Plaintiff to charge garnishee, Sovereign Bank. For grounds, Plaintiff avers that it has obtained a judgment against Defendant in the amount equaling $93,353.51, including applicable post-judgment interest, costs, and attorneys' fees. Sovereign Bank is currently holding funds in the amount $81,436.44 to satisfy said judgment.

Therefore, Plaintiff requests that all funds being held by Sovereign Bank be applied against the judgment debt.

Respectfully submitted,
On behalf of Plaintiff,
By its attorney,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: October 17, 2005

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 17 day of October, 2005, to the following parties of record:

Fenestration Architectural Products, LLC
5 EASTERN AVENUE
EAST PROVIDENCE, RI 02914

Susan Davison, Manager
Sovereign Bank
P.O. Box 841005
Boston, MA 02284

Susan Davison, Manager
Sovereign Bank
2 Morrissey Blvd
Dorchester, MA 02125