**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
NOV 10 2005
Property of U.S. District Court
District of Rhode Island

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, Plaintiff, | |
| v. | C.A. No. 05-62ML |
| FENESTRATION ARCHITECTURAL PRODUCTS, LLC Defendant. | |

**ORDER**

Plaintiff International Painters and Allied Trades Industry Pension Fund's Motion to Charge Garnishee Sovereign Bank is hereby granted. Sovereign Bank is ordered to transfer to Plaintiff the funds it is currently holding that belong to Defendant Fenestration Architectural Products, LLC in the amount of $81,436.44.

ENTER:

Mary M. Lisi USDJ 11/10/05

PER ORDER:

Barbara Barletta

Presented by:

Elizabeth A. Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
N. Kingstown, RI 02852
Tel. 401-294-4700
Fax.401-294-4702